IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES EQUAL OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, INC.,<br><br>　　　　Defendant. | Civil Action No. 22-cv-02406-LKG<br><br>Dated:  March 6, 2023 |

## ORDER

The initial telephone scheduling conference originally scheduled for Thursday, March 9, 2023, at 2:00 p.m. has been rescheduled for **Tuesday, March 21, 2023, at 2:30 p.m. Eastern Time**.

The telephonic scheduling conference will be held *via* AT&T Teleconferencing.  The Court will provide the parties *via* email with a call-in number, an access code, and a security code. Participating on the call will be counsel of record for each party.

For Plaintiff:　　**Emily Marie Datnoff**
　　　　　　　　U.S. Equal Employment Opportunity Commission
　　　　　　　　31 Hopkins Plaza, Suite 1432
　　　　　　　　Baltimore, MD 21201
　　　　　　　　410-801-6708
　　　　　　　　Email: emily.datnoff@eeoc.gov

For Defendant:　　**Francis R Laws**
　　　　　　　　Thomas and Libowitz PA
　　　　　　　　25 S. Charles Street, Suite 2015
　　　　　　　　Baltimore, MD 21201
　　　　　　　　410-752-2468
　　　　　　　　Email: flaws@tandllaw.com

| | |
|---|---|
| For Defendant Cont'd: | **Sima Gavriella Fried**<br>Thomas & Libowitz, P.A.<br>25 S. Charles Street, Suite 2015<br>Baltimore, MD 21201<br>410-752-2468<br>Email: sfried@tandllaw.com |
| | **Justin T. Liberatore**<br>Thomas & Libowitz, P.A.<br>25 S. Charles Street, Suite 2015<br>Baltimore, MD 21076<br>410-752-2468<br>Email: jliberatore@tandllaw.com |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge