IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES EQUAL OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>SINCLAIR BROADCAST GROUP, INC.,<br><br>            Defendant. | Civil Action No. 22-cv-02406-LKG<br><br>Dated:  March 27, 2023 |

## AMENDED SCHEDULING ORDER

On March 24, 2023, the parties filed a joint motion to modify the Court's March 21, 2023, Scheduling Order in the above-captioned matter.  ECF No. 32.  In light of the foregoing, and for good cause shown, the Court **GRANTS** the parties' motion and **MODIFIES** the Scheduling Order, dated March 21, 2023, as follows:

| | |
|---|---|
| **April 6, 2023** | Motions to amend the pleadings or for joinder of additional parties |
| **April 14, 2023** | Plaintiff's renewed motion for judgment on the pleadings |
| **April 28, 2023** | Defendant's response to Plaintiff's renewed motion for judgment on the pleadings |
| **April 28, 2023** | Parties' Joint Status Report regarding the status of discovery and any other proposed modifications to the Scheduling Order |
| **May 5, 2023** | Plaintiff's reply in support of its renewed motion for judgment on the pleadings |
| **August 10, 2023** | Completion of Discovery; submission of Post-Discovery Joint Status Report, *see* Part V |
| **August 17, 2023** | Requests for admission |

| | |
|---|---|
| **August 10, 2023** | Notice of Intent to File a Pretrial Dispositive Motion, *see* Case Management Order Part II.A |
| **October 12, 2023** | Dispositive Motions |

The Court **HOLDS-in-ABEYANCE** the deadlines for expert discovery pending the parties' April 28, 2023, joint status report. The remainder of the Court's Scheduling Order, dated March 21, 2023, shall remain in effect.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge