IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 1:22-cv-02406 |
| Plaintiff, | ) ) | THE HONORABLE LYDIA KAY GRIGGSBY |
| vs. | ) ) | |
| SINCLAIR BROADCAST GROUP, INC. | ) ) | |
| Defendant. | ) ) ) | |

## EEOC'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR PARTIAL SUMMARY JUDGMENT

The U.S. Equal Employment Opportunity Commission hereby files this Motion for Partial Judgment on the Pleadings or Partial Summary Judgment, moving the Court to enter judgment and dismiss with prejudice Defendant's Fourth and Eighth Defenses in the Amended Answer, ECF No. 17.  This is an action under Title I of the Americans with Disabilities Act of 1990, as amended (ADA), to correct unlawful employment practices on the basis of disability and to seek relief for Kristina Pierre.

Defendant's Fourth and Eighth Defenses are insufficient defenses, as a matter of law and fact, as each contains only conclusory legal statements without the factual support required to meet the plausibility standard articulated in *Twombly*/*Iqbal*.  Furthermore, the defenses are futile. During a two-day hearing in March and April 2020 at which Defendant was a party and attempted to justify and defend firing Charging Party Kristina Pierre, four of Defendant's witnesses testified under oath about the facts surrounding her suspension and discharge.  Plaintiff's Exhibit ("PX") 1 (Maryland Department of Labor, Licensing and Regulation, Division of Appeals, Appeal #2002655).  Based on that testimony and various concessions made by the witnesses, Defendant's

Fourth and Eighth Defenses are futile and cannot be sustained as a matter of law. A memorandum of law accompanies this Motion.

        Respectfully submitted:

        *s/ Emily Datnoff*
        Emily Datnoff, Bar No. 29464
        Trial Attorney
        U.S. Equal Employment Opportunity Commission
        Baltimore Field Office
        31 Hopkins Plaza, Suite 1432
        Baltimore, Maryland
        emily.datnoff@eeoc.gov
        Phone: 410-801-6708
        Fax: (443) 992-7880

        *Counsel for EEOC*

## **CERTFICATE OF SERVICE**

    I hereby certify that on April 14, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                           */s/ Emily Datnoff*
                                           Emily Datnoff
                                           Trial Attorney

                                           *Counsel for EEOC*