UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

April 19, 2023

TO COUNSEL OF RECORD

Re:  EEOC v. Sinclair Broadcast Group, inc., LKG-22-2406

Dear Counsel:

I am in receipt of ECF No. 44 requesting clarification of my prior Order ECF No. 43. With respect to my order for Defendant to produce discovery, as that Order clearly states, I encourage the parties to work together to resolve differences, follow the proper protocols established by the Local Rules and continue the discovery process. Therefore, if counsel are negotiating terms for the ESI, continue to do so and the ESI will be produced as the parties agreed and obviously cannot be produced within 14 days of my prior Order. Defendant is to comply with the discovery regarding the witness Kristina Pierre, excluding the ESI still being resolved, so the deposition may proceed. That disclosure would exclude other discovery that is still being discussed among the parties. Defendant is free to file appropriate objections to requested discovery and Defendant would have the allotted time under the Rules to respond to any late discovery requests that occurred after my Order.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

A. David Copperthite
United States Magistrate Judge