**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**CHIEF UNITED STATES MAGISTRATE JUDGE**<br>MDD_BPGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288** |

May 4, 2023

| | |
|---|---|
| Emily M. Datnoff, Esquire<br>EEOC<br>31 Hopkins Plaza, Suite 1432<br>Baltimore, MD  21201 | Francis R. Laws, Esquire<br>Justin T. Liberatore, Esquire<br>Sima G. Fried, Esquire<br>Thomas & Libowitz, PA<br>25 S. Charles Street, Suite 2015<br>Baltimore, MD  21201 |

RE:  <u>EEOC v. Sinclair Broadcast Group, Inc.</u>
Civil No. LKG-22-2406

Dear Counsel:

This will confirm that the May 5th virtual settlement conference is hereby rescheduled to **Wednesday, May 10, 2023 at 10:00 a.m.**  I understand that counsel and all parties are available to attend.

Thank you for your attention in this matter.  If you have any questions, please contact my chambers.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge